**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7573**

---

FREDERICK BROWN,

Plaintiff - Appellant,

versus

JAMES R. METTS, Sheriff; CAPTAIN WILLIAMS;
MAJOR HARRIS; EMSA CORRECTIONAL MEDICAL CARE
SERVICES; ARAMARK CORRECTIONAL SERVICES,

Defendants - Appellees.

---

**No. 02-7775**

---

FREDERICK BROWN,

Plaintiff - Appellant,

versus

JAMES R. METTS, Sheriff; CAPTAIN WILLIAMS;
MAJOR HARRIS; EMSA CORRECTIONAL MEDICAL CARE
SERVICES; ARAMARK CORRECTIONAL SERVICES,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District
Judge.  (CA-99-1040-3-10BC)

---

Submitted:  March 24, 2003          Decided:  April 9, 2003

─────────────

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Frederick Brown, Appellant Pro Se.   James Miller Davis, Jr., DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick Brown appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration of that order.  We have reviewed the record and find no reversible error.  Accordingly, we affirm both orders for the reasons stated by the district court.  See Brown v. Metts, No. CA-99-1040-3-10BC (D.S.C. Oct. 4 & 31, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2